UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NATHAN ELI THOMAS,<br><br>Defendant. | 2:12-cr-00160-GMN-GWF<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

IT IS THEREFORE ORDERED that the sentencing hearing currently set for October 4, 2012 at 9:30 a.m., be vacated and continued to November 1, 2012 at 10:30 AM.

**DATED** this 3rd day of October, 2012.

_____
Gloria M. Navarro
United States District Judge